FILED
ASHEVILLE, NC
JUN 0 4 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1: 24-CR-36-MR-WCM |
| ) | |
| ) | **BILL OF INDICTMENT** |
| vs. ) | |
| ) | Violations: |
| ) | 18 U.S.C. § 3146 |
| STEVEN McCLAIN JAMERSON, ) | |
| Defendant. ) | |
| ) | |

### THE GRAND JURY CHARGES:

#### COUNT ONE

On or about the 26th day of March 2024, in Madison County, within the Western District of North Carolina, and elsewhere, the defendant

STEVEN McCLAIN JAMERSON

having been released under Title 18, United States Code, chapter 207, while awaiting surrender for service of sentence in connection with a conviction in the United States District Court for the Western District of North Carolina for a felony violation of Title 18, United States Code, Section 1028A(a)(1), in Case No. 1:21-cr-00116, entitled *United States v. Steven McClain Jamerson*, and having been directed by the court to surrender for service of sentence on March 26, 2024, did

knowingly and willfully fail to surrender for service of sentence pursuant to a court order.

All in violation of Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(iii).

A TRUE BILL

_____
GRAND JURY FOREPERSON


DENA J. KING
UNITED STATES ATTORNEY

_____

DON GAST
ASSISTANT UNITED STATES ATTORNEY